Joseph M. Blake, Respondent, v. Frederick Goetzman and another, Appellants. — Order reversed and motion granted, provided in twenty days defendant stipulates to admit the plaintiff sought employment with diligence

and did not find it, and pay costs and printing disbursements; otherwise denied, with ten dollars costs and printing disbursements. Order to be settled by Landon, J.; Bockes, J., not acting.